UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
_____
In Re DMCA Subpoena to Digital Ocean, Inc.          X
                                                    :
                                                    :   Case No. 7:18-mc-00181-KMK
                                                    :
                                                    :   Honorable Kenneth M. Karas
                                                    :
                                                    :   NOTICE OF
                                                    :   **MOTION FOR CONTEMPT**
                                                    :
                                                    X
_____

**PLESASE TAKE NOTICE** that, upon the accompanying Affirmation of Paul D. Polidoro, with exhibits, the Memorandum of Law in Support of Motion for Contempt Against Digital Ocean, Inc. ("Motion for Contempt"), and upon all proceedings had heretofore herein, Plaintiff, Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "Watch Tower") will move this Court, for an Order pursuant to 17 U.S.C.§ 512(h)(6) and Rule 45(g) of the Federal Rules of Civil Procedure, granting Watch Tower's Motion for Contempt, and for such other and further relief as the Court may deem just and proper. Oral argument will be on a date and at a time designated by the Court.

Dated: October 1, 2018

                                    WATCH TOWER BIBLE AND TRACT
                                    SOCIETY OF PENNSYLVANIA
                                    Legal Department
                                    100 Watchtower Drive
                                    Patterson, NY 12563
                                    Telephone: 845-306-1000
                                    Facsimile: 845-306-0709

                                    /s/ Paul D. Polidoro
                                    Paul D. Polidoro
                                    Associate General Counsel
                                    SDNY Bar No. PP2509
                                    Philip Brumley
                                    General Counsel
                                    SDNY Bar No. PB5163
                                    *Attorneys for Plaintiff*

1

TO:   Brian M. Willen
      Wilson Sonsini Goodrich & Rosati
      1301 Avenue of the Americas
      New York, New York 10019